**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| WAYZARO Y. WALTON, | : | Case No. 18-cv-2014(MPS) |
|    Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| KRISTJEN NIELSEN, SECRETARY | : | |
| et al., | : | |
|    Defendants. | : | March 7, 2019 |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to a dismissal of the above-captioned action.

PLAINTIFF,                                                    DEFENDANTS,

WAYZARO Y. WALTON                              KRISTJEN NIELSEN et al.

                                                                    John H. Durham
                                                                    United States Attorney


   /s/                                                              /s/
Erin O'Neil-Baker                                    John W. Larson (ct28797)
Hartford Legal Group LLC                       Assistant United States Attorney
102 Oak Street                                         District of Connecticut
Hartford, CT 06106                                  450 Main Street, Room 328
T: 860-466-4278                                      Hartford, CT 06103
F: 860-466-4279                                      Tel: 860-947-1101
erin@hartfordlegalgroup.com               Fax: 860-760-7979
                                                                    john.larson@usdoj.gov

1